UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
RAY HODGE,

                Plaintiff,

        -against-                             05 Civ. 7622 (LAK)

COLUMBIA UNIVERSITY IN THE CITY OF
NEW YORK, etc., et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Defendants' motion for summary judgment dismissing the complaint is granted as recommended by Magistrate Judge Eaton in his report and recommendation, to which no objection has been filed.

        SO ORDERED.

Dated:     July 2, 2008

                                                   Lewis A. Kaplan
                                       United States District Judge